**Order entered June 24, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00796-CV

**ALLIANCE/AFT, Appellant**

**V.**

**DALLAS INDEPENDENT SCHOOL DISTRICT, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-06281**

## ORDER

Before the Court is appellant's motion for emergency temporary relief. The Court requests that appellees file their response, if any, on or before July 3, 2014.

/s/    DOUGLAS S. LANG
          JUSTICE